IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CR316 |
| v. ) | |
| ) | |
| ROSALINO LOPEZ-VEGA, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

Attorney J. Bruce Teichman has entered his appearance as counsel for the defendant. Filing 11.

IT THEREFORE HEREBY IS ORDERED,

The motion of Michael J. Hansen and the Federal Public Defender's office to withdraw as counsel of record for the defendant, filing 12, is granted.

DATED this 6th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge