IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )           8:05CR316
                                )
        v.                      )
                                )
ROSALINO LOPEZ-VEGA,            )               ORDER
                                )
            Defendant.          )
                                )

Upon defendant Lopez-Vega's oral motion to enter a change of plea and request for hearing,

IT IS ORDERED,

1.   Defendant's change of plea hearing is scheduled before the undersigned on January 3, 2006 at 11:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

2.   For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 28th day of December, 2005.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge