THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR316 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROSALINO LOPEZ-VEGA, | ) | |
| | ) | |
| Defendant. | ) | |

The evidentiary hearing and sentencing set for 12:00 noon today shall be continued due to defense counsel's inability to travel from Grand Island to Lincoln, Nebraska. Counsel represents that the interstate is closed to traffic due to hazardous road conditions and will not reopen until late this afternoon.

IT IS ORDERED:

1. The evidentiary hearing and sentencing set for 12:00 noon today in the above-captioned matter is continued until further order of the court;

2. The judicial assistant to the undersigned United States district judge shall contact the parties at a later date to reschedule this matter.

March 21, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge