IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR316 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROSALINO LOPEZ-VEGA, | ) | |
| | ) | |
| Defendant. | ) | |

     IT IS ORDERED that Defendant Lopez-Vega's evidentiary hearing and sentencing are continued to Friday, March 24, 2006, from 11:00 a.m. to noon, before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

     March 22, 2006.                           BY THE COURT:

                                                          s/ *Richard G. Kopf*
                                                          United States District Judge